**Willie DAVIS, Plaintiff–Appellant,**

v.

**James B. FRENCH; R.E. Signal; S.R. McCabe; Harold Williams; Dr. Smith; Doctor Lavin; Dr. Carter; John Doe; Sergeant Moore; Correctional Officer Powell; Sergeant Hale; Doctor Hathaway; Doctor Umesi, Defendants–Appellees.**

No. 01–7156.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Willie Davis, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Willie J. Davis, a North Carolina inmate, appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001), and denying Davis's motion for reconsideration. We have reviewed the record and the district court's orders and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Davis v. French,* No. CA–01–234–5–F–3 (E.D.N .C. filed May 30, 2001; entered May 31, 2001, and June 21, 2001; entered June 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*